Alexander Kolodin (AZ Bar #030826)
**Kolodin Law Group PLLC**
4105 N. 20th St. Ste 110
Phoenix, AZ 85016
Telephone: (602) 730-2985
Facsimile: (602) 801-2536
Alexander.Kolodin@Kolodinlaw.com
Analea@kolodinlaw.com (Filed copes)

*Attorney's for Plaintiff/Claimant MASI LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MASI LLC;<br>*Plaintiff/Claimant*,<br>v.<br>SESHAT BANK, SEAN PAWLEY;<br>*Defendants/Respondents*. | No.<br>**PETITION TO CONFIRM FOREIGN ARBITRAL AWARD** |

Plaintiff MASI LLC, by and through undersigned counsel, respectfully petitions this Court pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards ("New York Convention"), as implemented by Chapter 2 of the Federal Arbitration Act (9 U.S.C. §§ 201-208), to confirm a final arbitration award was issued March 19, 2025, by the Prospera Arbitration Center (PAC), and in support thereof states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Masi LLC ("MASI") is a Prosperan registered company. Its principal is Michael Marsalek, and e-resident of Prospera. Plaintiff may be contacted through our office at the information provided in the caption.
2. Respondent Seshat Bank is and was Prosperan chartered bank and, upon information and belief, had a consent to arbitration on file at all times relevant hereto.

3. Upon information and belief, Sean Pawley was an e-resident of Prospera at all times relevant hereto. He founded Seshat Bank and was its principal at all times relevant hereto.
4. The only contact information for Seshat Bank and Sean Pawley currently known to Plaintiff is as follows: sean@seshatbank.com, 1+ (603)264-6763. Upon information and belief, a potential address belongs to Sean Pawley's parents in New Hampshire.
5. This Court has subject matter jurisdiction pursuant to 9 U.S.C. § 203 and 28 U.S.C. § 1331, as this action falls under the New York Convention.
6. Venue is proper in the District of Arizona pursuant to 9 U.S.C. § 204 and 28 U.S.C. § 1391, as the award is sought to be enforced within the territorial jurisdiction of this District.

## BACKGROUND

7. A written agreement to arbitrate existed between the parties pursuant to the Prospera Arbitration Statute (PAS), under which MASI initiated arbitration proceedings before the Prospera Arbitration Center.
8. The arbitration proceeded in accordance with PAC rules, and the arbitrator issued a default award on March 19, 2025, in favor of Plaintiff MASI, as the Respondent failed to appear or respond despite proper notice.
9. A true and correct copy of the final arbitration award is attached hereto as **Exhibit A.** An excerpt of the applicable Prospera ZEDE Arbitration Statute (PAS 2019), which governs the jurisdiction and authority of PAC, is attached as **Exhibit B**. A copy of the Notice of Arbitration initiating the proceeding is attached as **Exhibit C**

## PRAYER FOR RELIEF

WHEREFORE, Petitioner MASI LLC respectfully requests that the Court confirm the final arbitration award issued on March 19, 2025, by the Prospera Arbitration Center pursuant to 9 U.S.C. § 207 and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, and enter a judgment in favor of Petitioner and against

Respondent in accordance with the award, including all components of damages, treble damages, attorney's fees, arbitration costs, and interest accruing at a rate of ten percent (10%) per annum. Petition further states that there is no known ground under Article V of the New York Convention that would permit refusal to enforce the award, and Respondent has not challenged it. Petitioner requests such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 11th day of August, 2025.

By: */s/Alexander Kolodin*

Alexander Kolodin
**KOLODIN LAW GROUP PLLC**
4105 N. 20th St. Ste 110
Phoenix, AZ 85016

*Attorneys for Plaintiff Masi LLC*