Alexander Kolodin (AZ Bar #030826)
**Kolodin Law Group PLLC**
4105 N. 20th St. Ste 110
Phoenix, AZ 85016
Telephone: (602) 730-2985
Facsimile: (602) 801-2536
Alexander.Kolodin@Kolodinlaw.com
Analea@kolodinlaw.com (Filed copes)

*Attorney's for Plaintiff/Claimant MASI LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Masi LLC;<br>*Plaintiff/Claimant*,<br>v.<br>Seshat Bank, Sean Pawley;<br>*Defendants/Respondents*. | No. 2:25-cv-02892-SPL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE** |

Upon consideration of Plaintiff Masi LLC's Motion for Alternative Service, and good cause appearing,

IT IS ORDERED that Plaintiff's Motion is GRANTED.

Plaintiff is authorized to serve Respondents Sean Pawley and Seshat Bank with the Summons, Petition, and all related documents by email to the email address (sean@seshatbank.com) previously used by Respondents in connection with the transaction underlying this action. Such service shall be deemed effective upon transmission, provided that Plaintiff files a Notice of Service confirming completion of the email delivery.

IT IS FURTHER ORDERED that Plaintiff shall include a copy of this Order with the documents served.

DATED this __ day of _____, 2025.

______________________________________
Honorable Steven P. Logan
United States District Judge