**Revised Declaration of Analea Castro in Support of Plaintiffs' Motion for Alternative Service**

1. I know the facts set forth in this declaration of my own knowledge and, if sworn as a witness before this court or any other tribunal could and would competently testify thereto.
2. I am of sound mind and of the age of majority.
3. I am currently employed as a paralegal/legal assistant with Kolodin Law Group PLLC.
4. In my capacity as a paralegal, I have made diligent efforts to serve Defendants Sean Pawley and Seshat Bank with the Summons and Complaint in this case, as detailed below.
5. On May 21, 2025, Kolodin Law Group PLLC received an email from Dave Zinn, an Arizona licensed private investigator, which included skip-trace results regarding Defendant Sean Pawley.
6. According to the information provided in that email, no residential property or mailing address is listed under Defendant's name. However, the investigator indicated that Defendant may be residing with his parents at a possible address located in New Hampshire.
7. The investigator was unable to verify that this address is current or that Defendant presently resides there. No other address, business location, or registered agent information could be found despite a diligent search.
8. Based on the information available, Seshat Bank appears to be a defunct e-company formerly operated and controlled by Mr. Pawley, with no physical office or separate mailing address.
9. Despite these diligent efforts, Defendant has not been personally served and no verified physical address or mailing address for either Defendant has been identified. As a result, personal service has proven impracticable despite reasonable diligence.
10. Respondents previously communicated with Plaintiff by email in connection with the transaction underlying this action. That email address was the only known electronic contact information available to Plaintiff.
11. Pursuant to the Court's Order directing Plaintiff to confirm whether the email address remained active, on January 15, 2025, Plaintiff sent an email to that address to confirm its viability. That email immediately bounced back with a server error indicating that the address is no longer active. A true and correct copy of the bounceback message is attached hereto as Exhibit A.

12. Attached hereto as Exhibit A is a true and correct copy of the bounceback message referenced in paragraph 11 and Exhibit B is a true and correct copy of the email from Dave Zinn containing the skip-trace information referenced above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 16th day of January 2026, in Phoenix (city), Arizona (state).

Signature: Analea Castro Printed Name: Analea Castro

# EXHIBIT A

Outlook

## Undeliverable: Request for Email Address Confirmation

**From** Mail Delivery Subsystem <mailer-daemon@googlemail.com>
**Date** Thu 1/15/2026 11:22 AM
**To** sean@seshatbank.com <sean@seshatbank.com>

## Delivery has failed to these recipients or groups:

sean@seshatbank.com
The address you sent your message to wasn't found at the destination domain. It might be misspelled or it might not exist. Try to fix the problem by doing one or more of the following:

1. Send the message again, but before you do, delete and retype the address. If your email program automatically suggests an address to use, don't select it.
2. Clear the recipient AutoComplete cache in your email program by following the steps in this article: Status code 5.1.1. Then resend the message, but before you do, be sure to delete and retype the address.
3. Contact the recipient by some other means (by phone, for example) to confirm you're using the right address. Ask them if they've set up an email forwarding rule that could be forwarding your message to an incorrect address.

**Diagnostic information for administrators:**

Generating server: googlemail.com

sean@seshatbank.com
Remote server returned '554 5.1.1 < #5.1.1 smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. For more information, go to https://support.google.com/mail/?p=NoSuchUser>'

Original message headers:

X-Received: by 2002:a05:690c:c512:b0:78f:b820:f2f9 with SMTP id 00721157ae682-793c525d72cmr5872267b3.3.1768501356300;
        Thu, 15 Jan 2026 10:22:36 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1768501356; cv=none;
        d=google.com; s=arc-20240605;
        b=MxGdGI9pXfJSp/Ui4dhfLPsQdACn+s3LGfL4kHXzy/kYxi/7iJSxpELMXAYfhmH9q4
         5COTeKXTPX0HNXggWl+/NtFjEhwkEwms46WO2xvq+Bv2vBqr3PhsdGCn0BF1CHA7dU0N
         bPs1+paSoV6YGN0tPBw71W0pRxGDLWINWR/hg4M3QjwrIAF1b+EODquwV9923I1fwq8s

8Db6ZM8q6/Yrv/jCFQc9JoGztunxUJksuT0qp3Q8WH9xePCK9edrlD0jFtlKTj8ZkNj+
I1EUsDjwqQWLVp3WeKEBGiVP9YwdG0ZSOBgAZcMejyxvglVyYaMzMborKc02fnz9nfpR
5WgQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20240605;
h=mime-version:msip_labels:content-language:accept-language
:message-id:date:thread-index:thread-topic:subject:cc:to:from
:dkim-signature;
bh=WKdd0gZrJtpqd5jOHJLOok1awTXjiiAvRqs+Ty0wk/w=;
fh=hcLuOaMPYR/G+CSeedZ8mJYXGjkdtR4WNXTb5C19nno=;
b=N3ORpzKNH1egp/PKYmSTpzpOFBxf92JUiFm8w/PjE8N5GEf1dl8fPBiEJSaJTGhrj8
cN8aYCfDHOeJvJVI68jAp3UpFgfdF+Tj8Ud1NLpI3CME0/SUZw9kwmCHua21dU0gyq3J
fbI1DgYuyYa6QFFAYSFAYCZH80OlpUwb2x2iiNxPfpLtfIjO1AcvJ5IWiaEeTieUTYwi
MOGDM3ICWptWFfkPPIR3YPF5lmqKaC5z5Ns1/BRZ/TbGq6Hi24dk2/JDJ201PNOcTZLl
ubJwpgBnWbZFXT+/CKLd8fGMnffKQ7Y17mhTndzM54nuLd3Uw2aCgm0AwlrvYB3UotEq
eY0A==;
dara=google.com
ARC-Authentication-Results: i=1; mx.google.com;
dkim=pass header.i=@kolodinlaw-com.20230601.gappssmtp.com header.s=20230601 header.b=Ahq0dKqV;
spf=none (google.com: analea@kolodinlaw.com does not designate permitted sender hosts)
smtp.mailfrom=analea@kolodinlaw.com;
dara=neutral header.i=@seshatbank.com
Return-Path: <analea@kolodinlaw.com>
Received: from mail-sor-f65.google.com (mail-sor-f65.google.com. [209.85.220.65])
by mx.google.com with SMTPS id 00721157ae682-793c6536bbfsor371647b3.0.2026.01.15.10.22.36
for <sean@seshatbank.com>
(Google Transport Security);
Thu, 15 Jan 2026 10:22:36 -0800 (PST)
Received-SPF: none (google.com: analea@kolodinlaw.com does not designate permitted sender hosts)
client-ip=209.85.220.65;
Authentication-Results: mx.google.com;
dkim=pass header.i=@kolodinlaw-com.20230601.gappssmtp.com header.s=20230601 header.b=Ahq0dKqV;
spf=none (google.com: analea@kolodinlaw.com does not designate permitted sender hosts)
smtp.mailfrom=analea@kolodinlaw.com;
dara=neutral header.i=@seshatbank.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=kolodinlaw-com.20230601.gappssmtp.com; s=20230601; t=1768501355; x=1769106155;
darn=seshatbank.com;
h=mime-version:msip_labels:content-language:accept-language
:message-id:date:thread-index:thread-topic:subject:cc:to:from:from
:to:cc:subject:date:message-id:reply-to;
bh=WKdd0gZrJtpqd5jOHJLOok1awTXjiiAvRqs+Ty0wk/w=;
b=Ahq0dKqVBmib1jNBa/vQ3L9jFoNtpUFPridpxTxgi+MRZRcMMlwMw9MHVjXaumkFV4
qz1c1pPu1yIrr3JFupsGDzv5PHhA8g3eOx82ZZ6QGMpMMUlZHDUzgDe2y85l/zUfauci
e+0QG+4ha/BMvdmFoVLwCYDnOoxY8zHEpPb01zdBIrE/Op0S7Klc0FhA/InUWwHveNBu
zLp1OEEOxUqpk4Ig0OXoyGUhoDImh1Htwu8mayMBxCfrJBGTDJqyqJvUdFE7BGtqRx9v
XcduoyumCT7jFxVYmLy/l6yxf8qlUC+avvSwE3Vt4dP82XZGWIJRLIdhNATQDgHsIGui
ms9Q==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=1e100.net; s=20230601; t=1768501355; x=1769106155;
h=mime-version:msip_labels:content-language:accept-language
:message-id:date:thread-index:thread-topic:subject:cc:to:from
:x-gm-gg:x-gm-message-state:from:to:cc:subject:date:message-id
:reply-to;
bh=WKdd0gZrJtpqd5jOHJLOok1awTXjiiAvRqs+Ty0wk/w=;
b=h/mUIHl3fEHgkzQkkqUlfh1Yi1SHsf6uJuP+AIQvQDOwF55Ocs9HX1hOHOwUV9mvEH
rqEdbysVwipIkgQdT8iEY+ChXxkR5FaPJn1Q5G7xbyQ8qmZugMAPNTBiokKOT7WZLHGh
67V+E+koSR/eu1vxYW5SvPP+ZbT64q30iVOW8NnbSubb934updF6psgwhP4y3vJRl3uR
xGKbsWeeYkaEgiW5Er1pZnLoSKlRIWhCVbfc/uIHX5W2kmRiV5vcSAmovgL09+l3EUQ+
nt9XufZRxq1sY3zPKHbShIfdZU9Uc0RXFbPFJSBnMpERcJmS55ziirhnmhieJytPkg8h
ztjQ==
X-Gm-Message-State: AOJu0Yz6sDVt8IMeEKA639RKGAgpeQrzn0Hb4d4AkGmvYBfc03zP1rhx
ZsTcj1JKU0kR9Y6QRDFYw09yFI1sRPHJl+8oBXceDr0g5GoekqaDlHkAmhdwnxegYhj7+0yVGmZ
8uBGhbY0=
X-Gm-Gg: AY/fxX5fqGgubVn9JjkQ0jv2iCu7xV+5zG+tWH+9n5rsFCzKk/8B4TwaxGfB1IgJmCT
amjF4xYx7MuQAJ/oBVx9J7+bvMLrqYaOipBAahXPAZP2OhArvoN4zK5vOzih65wgaCv1A3YgMrg
HfGDHgryP+AtbZaUSf3WnRDllq9XkX20Vyopo7JKZuKqs/O9dsn8mQgt+JiAzPJsGAs3e/0Fy6v
Szy8nk3iO+2hhg4Z/cv9Xpb6xESdP4tX/MfoPAin9LGDlO/b+Ws3vNcmK6DyXDhK7QQs032RNc8
D9BlGWctUNiAlWlRITvi0+KiR1s/XnHPTszRmN5EXXg7lZWCSRoUf8MuAJyWTT/Ju0JSeOsdmpB
qsn3txb5riPD5UT0ihh1mJgeLedGuP2CyL5dFFIfAf/ft/ItHSjyWijfNaVXzMFPF2wh4DyjZu0
432oApO7TsCJB07RXWjbwqLwGJmEW0qawZCJQ4/I6LQw==

X-Received: by 2002:a05:690c:7347:b0:793:c58e:7bc1 with SMTP id 00721157ae682-793c58e7f54mr3094627b3.0.1768501355455;
Thu, 15 Jan 2026 10:22:35 -0800 (PST)
Return-Path: <analea@kolodinlaw.com>
Received: from BYAPR12MB4775.namprd12.prod.outlook.com ([2603:1036:307:2907::5])
by smtp.gmail.com with ESMTPSA id 956f58d0204a3-64916ffaebdsm110383d50.5.2026.01.15.10.22.34
(version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
Thu, 15 Jan 2026 10:22:35 -0800 (PST)
From: Analea Castro <analea@kolodinlaw.com>
X-Google-Original-From: Analea Castro <Analea@kolodinlaw.com>
To: "sean@seshatbank.com" <sean@seshatbank.com>
CC: Alex Kolodin <alexander.kolodin@kolodinlaw.com>
Subject: Request for Email Address Confirmation
Thread-Topic: Request for Email Address Confirmation
Thread-Index: AQHchkt4DNooZ6YiIUq6xc8MmLultQ==
X-MS-Exchange-MessageSentRepresentingType: 1
Date: Thu, 15 Jan 2026 18:22:33 +0000
Message-ID: <BYAPR12MB47756402172102DBF809C2EFAA8CA@BYAPR12MB4775.namprd12.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-Exchange-Organization-SCL: -1
X-MS-TNEF-Correlator:
X-MS-Exchange-Organization-RecordReviewCfmType: 0
msip_labels:
Content-Type: text/plain
MIME-Version: 1.0

# EXHIBIT B

Outlook

**Re: Skiptrace Report Status**

**From** DRZinn [redacted]
**Date** Wed 5/21/2025 9:11 PM
**To** Analea Castro <analea@kolodinlaw.com>
**Cc** Alex Kolodin <alexander.kolodin@kolodinlaw.com>

Still no asset search results so no point in holding the trace results any longer. Here's what I have:

[Subj identified by phone number matching provided number]

Address history:
72 OLD FARM RD, BEDFORD, NH 03110 (HILLSBOROUGH) (01/01/2011-Current)
400 CENTRAL PARK W APT 7J, NEW YORK, NY 10025 (NEW YORK) (11/20/2015-04/29/2017)
125 E 233RD ST APT 1A, BRONX, NY 10470 (BRONX) (02/25/2015-04/29/2017)
19 MEADOWBROOK RD, DARIEN, CT 06820 (WESTERN CT) (12/06/2014-04/25/2015)
4542 43RD PL NW, WASHINGTON, DC 20016 (DISTRICT OF COLUMBIA) (10/06/2013)

Real Estate:
Hillsborough Cty, NH – none found
New York Cty, NY- none found
Bronx Cty, NY – none found
CT (statewide) – none found
DC – none found

The caveat I mentioned is that the address that shows as current is from when he was 19, so that's actually his parents' house. He could still be living there, of course, and nothing newer shows up, but some of the free sites (not as reliable, but not always wrong) show the Central Park W address as current. However, it was recently put up for sale and doesn't show as available now, so probably sold.




Knowing the rest of the background of the case, probably you can evaluate the likelihood that he's living with his parents.

Sorry for not answering the phone, it's been hectic, but I should have a lot more flexibility soon.

D. R. Zinn

On Tuesday, May 20th, 2025 at 12:36 PM, Analea Castro <analea@kolodinlaw.com> wrote:

> Mr. Zinn,
>
> I hope this email finds you well. I am following up on the skiptrace report. Do you have an ETA on when we will receive it? Thank you.
>
> Best Regards,
>
> Analea Castro