IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Masi LLC, | No. CV-25-02892-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Seshat Bank, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Renewed Motion for Alternative Service (Doc. 11). "Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." *Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co.*, 484 U.S. 97, 104 (1987), superseded by statute on other grounds. Service of an individual and business entity are governed by Federal Rules of Civil Procedure 4(e) and 4(h), respectively. As Plaintiff notes, Arizona Rule of Civil Procedure 4.1(k) authorizes alternative means of service if service under 4.1(c) through 4.1(j) prove impracticable.

"Due process requires the Court to craft a method of service that is 'reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.'" *Amazon.com Inc. v. Peng*, No. 2:23-cv-00607-TL-BAT, 2023 WL 5015398, at *3 (W.D. Wash. Aug. 7, 2023) (quoting *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314-15 (1950) (collecting cases)). Here, Plaintiff has been unable to find a valid address for either

Defendant despite retaining a licensed private investigator. (Doc. 11 at 2, ¶ 2). In addition, the email address Plaintiff previously communicated with Defendant through is now inactive. (Doc. 11 at 2, ¶¶ 3–5). Plaintiff has therefore been unable to verify any physical, mailing, or electronic address to effect service. (Doc. 11 at 2, ¶ 6). As a result, Plaintiff now seeks to serve Defendants by publication. Good cause appearing,

**IT IS THEREFORE ORDERED** that the Motion for Alternative Service (Doc. 11) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **May 11, 2026**, to complete and file proof of service by publication in accordance with Arizona Rule of Civil Procedure 4.1(l).

Dated this 13th day of March, 2026.

Honorable Steven P. Logan
United States District Judge