Alexander Kolodin (AZ Bar #030826)
**Kolodin Law Group PLLC**
4105 N. 20th St. Ste 110
Phoenix, AZ 85016
Telephone: (602) 730-2985
Facsimile: (602) 801-2536
Alexander.Kolodin@Kolodinlaw.com
Analea@kolodinlaw.com (Filed copes)

*Attorney's for Plaintiff/Claimant MASI LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Masi LLC;<br>*Plaintiff/Claimant*,<br>v.<br>Seshat Bank, Sean Pawley;<br>*Defendants/Respondents*. | No. 2:25-cv-02892-SPL<br>**NOTICE OF AFFIDAVIT OF SERVICE BY PUBLICATION** |

Plaintiff, by and through undersigned counsel, hereby provides notice of filing the Affidavit of Service through Publication for the following Defendants, who were served by publication pursuant to this Court's Order dated March 13, 2026, (Doc. 12) and Arizona Rule of Civil Procedure 4.1(l):

1. Sean Pawley, served by publication in Arizona Business Gazette, a newspaper of general circulation in counties of Maricopa, Coconino and Pinal in Arizona on April 2, 2026, April 9, 2026, April 16, 2026, and April 23, 2026; and
2. Seshat Bank (a dissolved/defunct entity), served by publication in Arizona Business Gazette, a newspaper of general circulation in counties of Maricopa, Coconino and Pinal in Arizona on April 2, 2026, April 9, 2026, April 16, 2026, and April 23, 2026.

True and correct copies of the Affidavits of Service by Publication are attached hereto as **Exhibit A**, respectively.

RESPECTFULLY SUBMITTED this 6th day of May, 2026.

By: */s/Alexander Kolodin*
Alexander Kolodin
**KOLODIN LAW GROUP PLLC**
4105 N. 20th St. Ste 110
Phoenix, AZ 85016

*Attorneys for Plaintiff Masi LLC*