# EXHIBIT A

USA TODAY CO.
LocaliQ
PO Box 632099, Cincinnati, OH 45263-2099

## AFFIDAVIT OF PUBLICATION

Kolodin Law Group PLLC
4105 N. 20th Street, Suite 110
Phoenix AZ 85016

STATE OF WISCONSIN, COUNTY OF BROWN

The Arizona Business Gazette, a newspaper published in the city of Phoenix and general circulation in the counties of Maricopa, Coconino and Pinal, State of Arizona, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue:

| | |
|---|---|
| PNI azcentral.com | 04/02/2026 |
| PNI Business Gazette | 04/02/2026, 04/09/2026, 04/16/2026, 04/23/2026 |

and that the fees charged are legal.
Sworn to and subscribed before on 04/23/2026

Legal Clerk

Notary, State of WI, County of Brown

9.19.29

My commission expires

| | | |
|---|---|---|
| Publication Cost: | $70.00 | |
| Tax Amount: | $0.00 | |
| Payment Cost: | $70.00 | |
| Order No: | 12203349 | # of Copies: |
| Customer No: | 1591660 | 0 |
| PO #: | LAZS0488171 | |

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

NOTICE OF SERVICE BY PUBLICATION
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Case No. 2:25-cv-02892-PHX-SPL
Masi LLC, Plaintiff,
v.
Sean Pawley, an individual, and Seshat Bank, a business entity, Defendants.

NOTICE IS HEREBY GIVEN that a civil action has been filed in the United States District Court for the District of Arizona against Sean Pawley, an individual, and Seshat Bank, a business entity. You are notified that failure to respond to the Complaint may result in a default judgment being entered against you.

The Complaint and all pleadings in this action are available for inspection at the Office of the Clerk of the United States District Court for the District of Arizona, 401 W. Washington St., Phoenix, Arizona 85003.

A copy of the pleadings may also be obtained through PACER at www.pacer.gov under Case No. 2:25-cv-02892-PHX-SPL.

A copy of the pleadings may also be obtained from Plaintiff's counsel at the following address:
Plaintiff's Counsel:
Alexander Kolodin
Kolodin Law Group PLLC
4105 N. 20th St., Suite 110
Phoenix, Arizona 85016
(602) 730-2985
April 2, 9, 16, 23 2026
LAZS0488171