IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Masi LLC,<br><br>Plaintiff,<br>vs.<br><br>Seshat Bank, et al.,<br><br>Defendants. | No. CV-25-02892-PHX-SPL<br><br>**ORDER** |

Plaintiff filed a Complaint in this matter on August 11, 2025 (Doc. 1). Proof of service was filed on May 7, 2026 (Doc. 13), declaring that service on Defendant was effected by publication on April 23, 2026. Since that time, no answer has been filed and Plaintiff has taken no action in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed in its entirety for failure to prosecute no later than **October 23, 2026**, unless a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure or an application for entry of default pursuant to Rule 55(a) is filed within such time.

Dated this 20th day of October, 2026.

Honorable Steven P. Logan
United States District Judge