# EXHIBIT A

Alexander Kolodin (AZ Bar #030826)
**Kolodin Law Group PLLC**
4105 N. 20th St. Ste 110
Phoenix, AZ 85016
Telephone: (602) 730-2985
Facsimile: (602) 801-2536
Alexander.Kolodin@Kolodinlaw.com
Analea@kolodinlaw.com (Filed copies)

*Attorneys for Plaintiff/Claimant MASI LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Masi LLC;<br><br>*Plaintiff/Claimant*,<br><br>v.<br><br>Seshat Bank, Sean Pawley;<br><br>*Defendants/Respondents*. | No. 2:25-cv-02892-SPL<br><br>**DECLARATION OF ANALEA CASTRO IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT** |

I, Analea Castro, declare as follows:

1. I know the facts set forth in this declaration of my own knowledge and, if sworn as a witness before this court or any other tribunal, could and would competently testify thereto.
2. I am of sound mind and of the age of majority.
3. I am currently employed as a paralegal/legal assistant with Kolodin Law Group PLLC.

4. In my capacity as a paralegal, I have made diligent efforts to serve Defendants Sean Pawley and Seshat Bank with the Summons and Petition to Confirm Foreign Arbitral Award (Doc. 1) in this case, as detailed below.

5. As set forth in my declaration filed on January 16, 2026, in support of Plaintiff's Revised Motion for Alternative Service (Doc. 11-1), which is incorporated herein by reference, Plaintiff was unable, despite diligent efforts that included retaining a licensed private investigator, to identify a verified physical or mailing address for either Defendant, and the only known email address for Defendants is no longer active.

6. On March 13, 2026, the Court granted Plaintiff's Revised Motion for Alternative Service, authorized service on Defendants by publication pursuant to Arizona Rule of Civil Procedure 4.1(l), and ordered Plaintiff to complete and file proof of service by publication no later than May 11, 2026. (Doc. 12).

7. Pursuant to the Court's Order, I arranged for publication of the Summons in the Arizona Business Gazette. The Summons was published once a week for four successive weeks, on April 2, April 9, April 16, and April 23, 2026.

8. On May 7, 2026, Plaintiff filed proof of service by publication, including the Affidavit of Service by Publication. (Doc. 13; Doc. 13-1).

9. I have reviewed the docket in this action. As of the date of this declaration, neither Defendant has filed an answer, a motion under Federal Rule of Civil Procedure 12, or any other response to the Petition; neither Defendant has

appeared in this action; and neither Defendant has requested, or been granted, an extension of time to respond.

10. To my knowledge, Kolodin Law Group PLLC has not received any communication from either Defendant, or from anyone purporting to act on behalf of either Defendant, concerning this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 22nd day of October 2026, in Phoenix (city), Arizona (state).

Signature: Signed by: Analea Castro F3D3653C381042E... Printed Name: Analea Castro