Alexander Kolodin (AZ Bar #030826)
**Kolodin Law Group PLLC**
4105 N. 20th St. Ste 110
Phoenix, AZ 85016
Telephone: (602) 730-2985
Facsimile: (602) 801-2536
Alexander.Kolodin@Kolodinlaw.com
Analea@kolodinlaw.com (Filed copies)

*Attorney's for Plaintiff/Claimant MASI LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Masi LLC;<br>*Plaintiff/Claimant*,<br>v.<br>Seshat Bank, Sean Pawley;<br>*Defendants/Respondents*. | No. 2:25-cv-02892-SPL<br><br>**ENTRY OF DEFAULT** |

It appearing from the record in this action that Defendants Seshat Bank and Sean Pawley have been served with process and have failed to plead or otherwise defend, DEFAULT IS HEREBY ENTERED against Defendants Seshat Bank and Sean Pawley pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED this ____ day of _______, 2026.

______________________________
Honorable Steven P. Logan
United States District Judge