**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Masi LLC,

Plaintiff,

v.

Seshat Bank, et al.,

Defendants.

**NO. CV-25-02892-PHX-SPL**

**CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Seshat Bank and Sean Pawley.

DEFAULT ENTERED this 23rd day of October, 2026.

Daniel R. McAllister
District Court Executive/Clerk of Court

October 23, 2026

By s/ M. Bowman
Deputy Clerk